# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-19-00382-CV

---

### T. L., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-17-007178, THE HONORABLE DARLENE BYRNE, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant T.L. filed his notice of appeal on June 3, 2019. The appellate record was complete June 25, 2019, making appellant's brief due July 15, 2019. On July 15, 2019, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than August 6, 2019. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on July 17, 2019.

Before Justices Goodwin, Baker, and Kelly